# Order

**Lansing, Michigan**

March 18, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160569(63)

GREAT LAKES CAPITAL FUND FOR
HOUSING LIMITED PARTNERSHIP XII,
   Plaintiff-Appellee,

v

ERWIN COMPANIES, LLC and
STACY ERWIN OAKES,
    Defendants-Appellants.

SC: 160569
COA: 349916
Saginaw CC: 18-035570-CB

_____/

   On order of the Chief Justice, the motion to waive the filing fees as to defendant-appellant Stacy Erwin Oakes only is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

March 18, 2020



Clerk